Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501     Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Debtor Babak Kazemi Shirazi*



FILED & ENTERED

APR 08 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT** CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| IN RE | Case No.  8:23-bk-10805-SC |
| BABAK KAZEMI SHIRAZI, | Chapter 7 |
| Debtor. | |

**ORDER CONTINUING HEARING ON DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT FOR WILLFUL VIOLATION OF DISCHARGE INJUNCTION & REQUEST FOR SANCTIONS AGAINST CREDITOR SEYED JAFAR JAFARI AND HIS COUNSEL EVAN BARKLEY FRANK**

Date: 3-31-2026
Time: 11:00 am
Place: 411 West Fourth Street, Santa Ana
Courtroom: 5C

The hearing on Debtor Babak Kazemi Shirazi's ("Debtor") Motion for Order to Show Cause re: Contempt for Willful Violation of the Discharge Injunction and Request for Sanctions Against Creditor Seyed Jafar Jafari ("Creditor" or "Jafari") and his counsel, Evan Barkley Frank [Doc. 70], came on regularly for hearing at the above-referenced date and time.

Baruch C. Cohen appeared on behalf of the Debtor. Evan Barkley Frank appeared on behalf of Seyed Jafar Jafari.

The Court issued the attached tentative ruling and directed the Parties to address the Court's concerns at the hearing.

Following arguments, the Court determined that the issues raised – including, without limitation: (1) the causal nexus between Jafari's conduct and Debtor's claimed medical condition; (2) the nature and extent of the Debtor's economic damages; and (3) whether Jafari's August 15, 2025 Civil Harassment Restraining Order action, Jafari v. Shirazi, LASC Case No. 25CHRO01584, constitutes a violation of the discharge injunction – present disputed factual matters requiring resolution through an evidentiary hearing.

The Court further determined that this matter constitutes a contested matter pursuant to Federal Rule of Bankruptcy Procedure 9014.

Accordingly, the Court **ORDERS** as follows:

**EVIDENTIARY HEARING**

The evidentiary hearing on the Motion shall be held on June 23, 2026, at 1:30 p.m.

**BRIEFING AND EVIDENTIARY SUBMISSIONS**

Debtor shall file and serve his trial brief, trial binders, memorandum of points and authorities, and all supporting evidence and a witness list on or before May 8, 2026.

Jafari shall file and serve his trial brief, trial binders,  any evidentiary objections and opposition and a witness list on or before May 22, 2026.

Debtor shall file and serve any reply to the opposition (without additional evidence) and any evidentiary objections on or before May 29, 2026.

**WITNESSES**

The Parties shall submit witness lists and trial binders in advance of the evidentiary hearing as set forth above.

All witnesses must appear in person at the hearing. Appearance by remote means, including Zoom, will not be permitted.

Any witness who does not appear at the hearing will not be permitted to testify, and their testimony will not be considered by the Court.

///

2

**MOTIONS IN LIMINE**

All Motions in Limine shall be filed and served on or before June 12, 2026.

**IT IS SO ORDERED.**

###

Date: April 8, 2026

Scott C. Clarkson
United States Bankruptcy Judge